■ Dennis C. Trott, Appellant, v Raymond Belkay et al., Defendants and Mohamed Mohamed et al., Respondents. [633 NYS2d 993] —Appeal by the plaintiff from an order of the

Supreme Court, Kings County (Yoswein, J.), dated October 5, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Yoswein, at the Supreme Court. Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.